IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL TOLIVER JORDAN, ) | |
| ID # 530152, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:05-CV-2386-M |
| ) | |
| DONNA CONN, et al., ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 28 day of July, 2006.

UNITED STATES DISTRICT JUDGE